UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT RONDEL GARDNER, | No. 2:18-cv-0741 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| JERRY E. BROWN, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants have failed to provide him with adequate medical treatment and have handled his administrative appeals improperly. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 28, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] Plaintiff filed several motions and requests since the court issued its findings and recommendations. (ECF Nos. 39, 40, 43.) However, none of these filings contain objections to the May 28, 2019 findings and recommendations.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2019, (ECF No. 38) are ADOPTED in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 30) is DENIED.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

gard0741.800.inj.rel.30